# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CLAUDETTE S. YOST, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CIV-19-1014-P |
| ANDREW M. SAUL, Commissioner of the Social Security Administration, | ) |
| Defendant. | ) |

## ORDER

United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation in this matter on November 6, 2019.[1] In it, Judge Purcell recommends this matter be dismissed without prejudice to its refiling in the proper judicial district. Plaintiff Claudette S. Yost was advised of her right to object,[2] but she did not.

Upon a de novo review of the record, the Court **ADOPTS** the Report and Recommendation in full. Accordingly, this matter is **DISMISSED** without prejudice to its refiling in the proper judicial district.

**IT IS SO ORDERED this 23rd day of December, 2019.**

PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

---

[1] *See* Report & Recommendation (Dkt. 4).

[2] *See id.* at 6.